**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **BARBARA GONZALES,** | § | |
| *PLAINTIFF,* | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO.: 4:25-CV-537** |
| | § | |
| **DAILY EXPRESS, INC.** | § | |
| **AND JERRY LACKS,** | § | |
| *DEFENDANTS.* | § | |

## AMENDED JOINT SCHEDULING ORDER AND EXTENSION OF DEADLINES

AS ORDERED BY THE COURT (Doc. 28), the undersigned counsel for Plaintiff BARBARA GONZALES and Defendants DAILY EXPRESS, INC. and JERRY LACKS conferred about this case and submit this Amended Joint Proposed Scheduling Order and Extension of Deadlines prior to the Court's deadline of July 30, 2026.

The parties hereto have agreed that the following deadlines shall be applicable in this case. The Court find that the parties shall adhere to the following schedule unless otherwise ordered by the Court or agreed to unanimously by the parties.

| | | |
|---|---|---|
| 1. | **Passed** | **JOINDER.** All parties must be added and served, whether by amendment or third-party practice. The party causing the joinder must provide a copy of this Scheduling and Docket Control Order at the time of service to the joined party. |
| 2. | | **EXPERT WITNESS DESIGNATION.** Parties must designate expert witnesses and furnish the information set forth under Rule 194.2(f) as follows: |
| **(a)** | **10/21/2026** | Experts for parties seeking affirmative relief. |
| **(b)** | **11/23/2026** | All other experts. |
| 3. | **10/26/2026** | **MEDIATION**. Parties must have agreed on a mediation date and mediator by this date. |

| | | |
|---|---|---|
| 4. | **1/18/2027** | **DISCOVERY**. Parties must complete all discovery. Parties seeking discovery must serve requests sufficiently far in advance of the end of the discovery period so that the deadline for responding will be within the discovery period. |
| 5. | | **DISPOSITIVE MOTIONS**. Parties must set for hearing all motions or pleas, that if granted by the Court would dispose of all or part of the case, as follows: |
| **(a)** | **1/20/2027** | All dispositive motions or pleas must be filed. |
| 6. | **2/19/2027** | ***DAUBERT/ROBINSON*** **CHALLENGES TO EXPERT TESTIMONY.** All motions to exclude expert testimony must be heard. This Order does not include exclusion based on Rule 193.6. |
| 7. | **1/7/2027** | **PLEADINGS.** Parties must file all amendments and supplements to pleadings. This Order does not preclude the prompt filing of pleadings directly responsive to any timely filed pleadings. |
| 9. | ____________ | **TRIAL**. This case is set for trial on this date. If not assigned by the second Friday following this date, the case will be reset. |

**IT IS FURTHER ORDERED** that the Parties may amend the above deadlines without the Court's intervention by a Rule 11 Agreement.

**IT IS THEREFORE, ORDERED**, that the discovery schedule as outlined above is in effect until further Order of this Court, and that all parties to the lawsuit are bound by this Order.

Under Federal Rule of Civil Procedure 16(b)(4), a scheduling order "may be modified only for good cause and with the judge's consent." Good cause exists here because the current deadlines were set before service was completed on the newly added defendant(s), Plaintiff remains in active treatment, and the parties require a fair opportunity to conduct discovery involving all parties and issues.

**SIGNED AND ENTERED** this ______ day of _________________, 2026.

______________________________________
**HONORABLE JUDGE KENNETH M. HOYT**
**UNITED STATES DISTRICT JUDGE**

**APPROVED AS TO FORM:**

**DESOUZA INJURY LAWYERS**
11402 DeSouza Dr.
San Antonio, Texas 78230
210/ 714-4215 – Phone
210/496-0060 – Facsimile

*/s/ Jorge L. Alvarez*
**JORGE L. ALVAREZ**
State Bar Number: 24133590
SDTX: 3840915
jorge@jfdlawfirm.com
***Attorneys for Plaintiff Barbara Gonzales***

**NAMAN HOWELL SMITH & LEE**
28420 Hardy Toll Road, Suite
130 Spring, Texas 77373
Telephone: (346) 410-0215

*/s/ Ryan T. Hand* (with permission, JLA)
**RYAN T. HAND**
State Bar No. 24012777
S.D. Tex. No. 25467
rhand@namanhowell.com
***Attorney for Defendants***
***Daily Express, Inc. and Jerry Lacks***